The People of the State of New York, Respondent, v. Joseph Martini, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Louis H. Pink, Superintendent of Insurance of the State of New York, as Conservator of the Assets and Property in the State of New York of the International Reinsurance Corporation, Dover, Delaware, Appellant, v. Coleman & Coleman, Inc., Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

William H. McGowan, Receiver of Penn National Bank and Trust Company of Reading, on His Own Behalf as Such Receiver and on Behalf of the Ætna Casualty and Surety Company of Hartford, Connecticut, and United States Fidelity and Guaranty Company of Baltimore, Maryland, and The Ætna Casualty and Surety Company of Hartford, Connecticut, and United States Fidelity and Guaranty Company of Baltimore, Maryland, Each on Its Own Behalf, Appellants, v. Thomas C. Eastman and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Mary Rosenberg, as Administratrix, etc., of Joseph Rosenberg, Deceased, Elias A. Kamenetzky and Yiddish Literary Publishing Corporation, a Domestic Corporation, Appellants, v. Adolph Feldblum, Individually and as Administrator, etc., of Meyer Chinsky, Deceased, Respondent, Impleaded with Others, Defendants.— Judgments affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents in part and votes to reverse the judgments in favor of the defendant, Adolph Feldblum, as administrator of the estate of Meyer Chinsky, deceased, as against Mary Rosenberg, as administratrix of Joseph Rosenberg, deceased, and Elias A. Kamenetzky, on the defendant-respondent's counterclaim, on the ground that the note of Yiddish Literary Publishing Corporation was not shown to have been protested nor notice of protest served on said indorsers.

Alice Noble, Respondent, v. Walter A. Noble, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Moscow Fire Insurance Company, of Moscow, Russia, and Another v. Bank of New York and Trust Company, as Agent or Depositary of Said Moscow Fire Insurance Company of Moscow, Russia, and of Paul Lucke, as Surviving Director and Conservator and Others. Samuel Morro [Morrow] and Others v. Moscow Fire Insurance Company, of Moscow, Russia, and Others. United States of America.— Motion granted to the extent indicated in order. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Moscow Fire Insurance Company, of Moscow, Russia, and Another v. Bank of New York and Trust Company, as Agent or Depositary of Said Moscow Fire Insurance Company of Moscow, Russia, and of Paul Lucke, as Surviving Director and Conservator and Others. Samuel Morro [Morrow] and Others v. Moscow Fire Insurance Company of Moscow, Russia, and Others. United States of America. Vladimir A. Miller.— Motion granted to the extent indicated in order. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.